SCHACHT, Plaintiff in error, vs. THE STATE, Defendant
in error.

*September 18—October 12, 1926.*

*Bastardy: Evidence: Sufficiency: Harmless error.*

A judgment in bastardy proceedings is affirmed although it is
conceded that error occurred in the instructions and on the
trial, as the errors assigned are *held* not to affect the sub-
stantial rights of the plaintiff in error.

ERROR to review a judgment of the circuit court for Sauk
county: AUGUST C. HOPPMANN, Circuit Judge. *Affirmed.*

*V. H. Cady* of Baraboo, for the plaintiff in error.

For the prosecutrix there was a brief by *Grotophorst,
Quale & Langer* of Baraboo, and oral argument by *H. M.
Langer.*

ESCHWEILER, J.  Upon a verdict of the jury, plaintiff
in error, defendant below, was adjudged the father of a
child born to the complaining witness and was held charge-
able with its future maintenance.  Upon writ of error a large
number of errors are assigned.

We have considered them all, and although it appears
that conceded error was made by the trial court in his
charge to the jury on the subject of the presumption of
innocence; that the defendant was unduly restricted in his
own examination as to a conversation alleged to have taken
place between himself and the complaining witness; was
improperly deprived of impeaching testimony offered as
to one or more of the witnesses, yet because, under sec.
274.37, Stats. (sec. 3072*m*), the errors assigned and found
in the record do not, in our opinion, after an examination
of the entire proceedings, so affect the substantial rights
of the plaintiff in error as to require a reversal of the judg-

ment or the granting of a new trial, we must nevertheless affirm.

It is deemed unnecessary to detail or discuss the evidence or the specific errors assigned.

*By the Court.*—Judgment affirmed.